APRIL 10, 1942

No. 47078.——Protests 969974–G, etc., of Quon Quon Co. Government's motion for rehearing granted.

APRIL 9, 1942

No. 47079.—Suit 4339.——*Automatic Totalisators, Inc.* v. *United States.* Reap. Dec. 5063 affirmed. C. A. D. 195.

BEFORE THE FIRST DIVISION, APRIL 15, 1942

No. 47080.— Protest 26624–K of Herman A. Holz (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel the merchandise in question was held dutiable as claimed.

No. 47081.— Protest 22456–K of New York Merchandise Co. (New York).

OPINION by OLIVER, P. J. In accordance with stipulation of counsel that the atomizers in question are similar to those the subject of Abstract 44140 the claim at 60 percent under paragraph 218 (f) was sustained.

No. 47082.— Protest 78948–K of New York Merchandise Co., Inc. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel that the atomizers in question are similar to those the subject of Abstract 44140 the claim at 60 percent under paragraph 218 (f) was sustained.